UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CAROLINE LE GRANDE, an individual, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TOMMY BAHAMA R&R HOLDINGS, )<br>INC., a foreign for profit corporation, )<br>d/b/a TOMMY BAHAMA, )<br>)<br>Defendant. )<br>_____/ | CASE No. 20-CIV-61232-RAR |

## JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

The parties, Plaintiff, CAROLINE LE GRANDE, and individual, and Defendant, TOMMY BAHAMA R&R HOLDINGS, INC., a foreign for profit corporation d/b/a TOMMY BAHAMA, through their respective undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the voluntary dismissal of this action *with prejudice*, pursuant to the parties' conferred agreement. The parties further stipulate that each party shall bear their own attorneys' fees and costs.

DATED this 27th day of September, 2021.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. ROSEN, P.A.<br>*Counsel for Plaintiff*<br>100 SE 2nd Street, Suite 3400<br>Miami, Florida  33131<br>Tel:  305.446.6116 | ROIG Lawyers<br>*Counsel for Defendant*<br>44 W. Flagler Street, Suite 2100<br>Miami, Florida  33130<br>Tel:  305.405.0997 |

Le Grande vs. Tommy Bahama R&R Holdings, Inc.
20-CIV-61232-RAR

| | |
|---|---|
| Fax:  305.448.1782 | Fax:  305.405.1022 |
| Email: mjr@mjrosenlaw.com | Email:  nbellido@roiglawyers.com |
| By:    s/*Michael J. Rosen*<br>          Michael J. Rosen<br>          Fla. Bar No.:  183719 | By:    s/*Nelson C. Bellido*<br>          Nelson C. Bellido<br>          Fla. Bar No.:  974048 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF, which will serve same on counsel listed in the below Service List by electronic notification.

By:    s/*Michael J. Rosen*
         Michael J. Rosen

## SERVICE LIST

Nelson C. Bellido, Esquire
ROIG Lawyers
*Counsel for Defendant*
44 West Flagler Street, Suite 2100
Miami, Florida  33130
Telephone:  305.405.0997 Ext. 1614
Facsimile:  305.405.1022
Email:  nbellido@roiglawyers.com