UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-61232-RAR

**CAROLINE LE GRANDE**,

    Plaintiff,

v.

**TOMMY BAHAMA R&R HOLDINGS, INC.**,

    Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice [ECF No. 32], filed on September 27, 2021. Being fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice*.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 27th day of September, 2021.

                                                   **RODOLFO A. RUIZ II**
                                                   **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record